# EXHIBIT A

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION

GREGORY POWERS,                              )
                                             )
        Plaintiff,                     )
                                             )
vs.                                          )
                                             )          No. 13-L- 90
CSX TRANSPORTATION, INC.,                    )
THE CENTER FOR TOXICOLOGY AND                )
ENVIRONMENTAL HEALTH, L.L.C.,                )
PADUCAH & LOUISVILLE RAILWAY,                )
INC., P & L TRANSPORTATION, INC., and        )
FOUR RIVERS TRANSPORTATION, INC.,            )
                                             )
        Defendants.                    )

```
FILED
ST. CLAIR COUNTY

FEB 2 0 2013

CIRCUIT CLERK
```

*Plaintiff demands a trial by jury.*

### AFFIDAVIT REGARDING DAMAGES SOUGHT

COLIN H. DUNN, being first duly sworn under oath, states as follows:

1.    That the affiant is one of the attorneys of record for the parties in this matter.

2.    That the total money damages sought in this civil action exceeds the amount of $50,000.00.

FURTHER AFFIANT SAYETH NOT.

By: _____
    COLIN H. DUNN

SUBSCRIBED AND SWORN to before me
this 18th day of February, 2013

_____
Notary Public

```
"OFFICIAL SEAL"
Jacqueline M. Gribbon
Notary Public, State of Illinois
My Commission Expires Jan. 16, 2014
```

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION**

GREGORY POWERS,                          )
                                         )
                Plaintiff,               )
                                         )
        vs.                              )
                                         )          No. 13-L- 90
CSX TRANSPORTATION, INC.,                )
THE CENTER FOR TOXICOLOGY AND            )
ENVIRONMENTAL HEALTH, L.L.C.,            )
PADUCAH & LOUISVILLE RAILWAY,            )
INC., P & L TRANSPORTATION, INC., and    )
FOUR RIVERS TRANSPORTATION, INC.,        )          *Plaintiff demands a trial by jury.*
                                         )
                Defendants.              )

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK

## COMPLAINT AT LAW

## COUNT I

## CSX TRANSPORTATION, INC. - NEGLIGENCE

Plaintiff GREGORY POWERS, by and through his attorneys, CLIFFORD LAW OFFICES,

P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant CSX TRANSPORTATION, INC.

(hereinafter "CSX"), states as follows:

1.      On and before October 31, 2012, Defendant CSX, by itself and/or through its

affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St.

Clair County.

2.      On and before October 31, 2012, Defendant CSX, by itself and/or through its

affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.      At all times relevant hereto, Plaintiff GREGORY POWERS was a citizen of Illinois

and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff GREGORY POWERS, worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant CSX, by and through its agents and/or employees, including two Managers of Hazardous Materials Systems, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS TRANSPORTATION, INC. (hereinafter "FOUR RIVERS"), Defendant PADUCAH & LOUISVILLE RAILWAY, INC (hereinafter "P & L RAILWAY"),  and/or Defendant P & L TRANSPORTATION, INC (hereinafter "P & L TRANSPORTATION") contracted with Defendant THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C. (hereinafter "CTEH") to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with RJ

2

Corman Railroad Group to assist with the derailment clean up.

10.     On and before October 31, 2012, Defendant CSX, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to exercise due care and to provide him a safe place to work.

11.     On and before October 31, 2012, Defendant CSX, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to hire competent contractors to assist in the derailment clean up.

12.     On October 31, 2012, Defendant CTEH, through its employees and/or agents declared that the RJ Corman Railroad Group crew, including Plaintiff GREGORY POWERS, could safely begin activities at the derailment including hot work.

13.     On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

14.     On October 31, 2012, an explosion occurred  when the acetylene torch was lit, severely injuring Plaintiff GREGORY POWERS.

15.     On October 31, 2012, Defendant CSX, through its employee and/or agents, was negligent in one or more of the following ways:

        a.      Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

        b.      Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

        c.      Instructed the RJ Corman Railroad Group crew to use the acetylene cutting

3

torch in an area that was not fire safe;

d.      Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff GREGORY POWERS;

e.      Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.      Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.      Failed to designate a competent person to determine that the work area was gas-free;

h.      Failed to designate a competent permit authorizing individual to approve hot work operations;

I.      Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.      Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.      Failed to ensure the scene was fire safe before authorizing hot work;

l.      Directed hot work to be performed in the presence of explosive atmospheres;

m.      Failed to take necessary precautions to prevent injury to Plaintiff GREGORY POWERS;

n.      Failed to warn Plaintiff GREGORY POWERS of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.      Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.      Was otherwise careless and negligent.

16.     As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

CSX, Plaintiff GREGORY POWERS sustained injuries of a permanent, personal, and pecuniary

nature.

WHEREFORE Plaintiff GREGORY POWERS requests that this Court enter judgment

against Defendant, CSX TRANSPORTATION, INC., for an amount in excess of FIFTY

THOUSAND DOLLARS ($50,000).

## COUNT II

## THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C. - NEGLIGENCE

Plaintiff GREGORY POWERS, by and through his attorneys, CLIFFORD LAW OFFICES,

P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant THE CENTER FOR

TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C. (hereinafter "CTEH"), states as

follows:

1.     On and before October 31, 2012, Defendant CTEH, by itself and/or through its

affiliates and/or wholly-owned subsidiaries, did business in Illinois.

2.     On and before October 31, 2012, Defendant CTEH, by itself and/or through its

affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.     At all times relevant hereto, Plaintiff GREGORY POWERS was a citizen of Illinois

and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff GREGORY POWERS, worked for RJ Corman

Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair,

State of Illinois.

5

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant CTEH, by and through its agents and/or employees, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.    On and before October 31, 2012, Defendant CTEH, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to exercise due care, to perform its duties under the above-mentioned contract with due care, and to provide him a safe place to work.

11.    On and before October 31, 2012, Defendant CTEH, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to hire competent

employees to assist in the derailment clean up and to perform its duties under the above-mentioned contract.

12.     On October 31, 2012, Defendant CTEH, through its employees and/or agents, declared that the RJ Corman Railroad Group crew, including Plaintiff GREGORY POWERS, could safely begin activities at the derailment including hot work.

13.     On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

14.     On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff GREGORY POWERS.

15.     On October 31, 2012, Defendant CTEH, through its employee and/or agents, was negligent in one or more of the following ways:

      a.     Authorized hot work in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

      b.     Issued a permit for hot work despite the known presence of explosive atmospheres;

      c.     Authorized hot work in an area that was not fire safe;

      d.     Failed to adequately monitor the atmosphere for hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff, GREGORY POWERS;

      e.     Failed to designate a competent person to determine that it was safe to perform hot work;

      f.     Failed to accurately determine that it was appropriate and/or necessary to

7

perform hot work;

g.   Failed accurately determine that the work area was free of toxic and hazardous gases and/or chemicals;

h.   Failed adequately approve hot work operations as the permit authorizing individual;

I.   Failed to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.   Authorized hot work to be performed in the presence of explosive gases;

k.   Failed to take necessary precautions to prevent injury to Plaintiff GREGORY POWERS; and

l.   Failed to warn Plaintiff GREGORY POWERS of the presence of toxic and hazardous gases in the area in which he was working even though it knew that he was performing or about to perform hot work.

16.   As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

CTEH, Plaintiff GREGORY POWERS sustained injuries of a permanent, personal, and pecuniary

nature.

WHEREFORE Plaintiff GREGORY POWERS requests that this Court enter judgment

against Defendant, THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH,

L.L.C., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

## COUNT III

### PADUCAH & LOUISVILLE RAILWAY, INC. - NEGLIGENCE

Plaintiff GREGORY POWERS, by and through his attorneys, CLIFFORD LAW OFFICES,

P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant PADUCAH & LOUISVILLE

RAILWAY, INC. (hereinafter "P & L RAILWAY"), states as follows:

1.   On and before October 31, 2012, Defendant P & L RAILWAY, by itself and/or

8

through its affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St. Clair County.

2.     On and before October 31, 2012, Defendant P & L RAILWAY, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.     At all times relevant hereto, Plaintiff GREGORY POWERS was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff GREGORY POWERS worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant P & L RAILWAY, by and through its agents and/or employees, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9

9.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS,

Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION

contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.    On and before October 31, 2012, Defendant P & L RAILWAY, by and through its

employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to exercise

due care, and to provide him a safe place to work.

11.    On October 31, 2012, Defendant P & L RAILWAY, through its employees and/or

agents, declared that the RJ Corman Railroad Group crew, including Plaintiff GREGORY

POWERS, could safely begin activities at the derailment including hot work.

12.    On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P &

L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their

employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that

were leaking butadiene by using an acetylene cutting torch.

13.    On October 31, 2012, an explosion occurred when the acetylene torch was lit,

severely injuring Plaintiff GREGORY POWERS.

14.    On October 31, 2012, Defendant P & L RAILWAY, through its employee and/or

agents, was negligent in one or more of the following ways:

        a.     Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. §
                1910.252(a)(2)(iv) and NFPA 51B;

        b.     Instructed the RJ Corman Railroad Group crew to use the acetylene cutting
                torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

        c.     Instructed the RJ Corman Railroad Group crew to use the acetylene cutting
                torch in an area that was not fire safe;

10

d.  Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff GREGORY POWERS;

e.  Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.  Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.  Failed to designate a competent person to determine that the work area was gas-free;

h.  Failed to designate a competent permit authorizing individual to approve hot work operations;

I.  Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.  Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.  Failed to ensure the scene was fire safe before authorizing hot work;

l.  Directed hot work to be performed in the presence of explosive atmospheres;

m.  Failed to take necessary precautions to prevent injury to Plaintiff GREGORY POWERS;

n.  Failed to warn Plaintiff GREGORY POWERS of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.  Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.  Was otherwise careless and negligent.

15.  As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

11

P & L RAILWAY, Plaintiff GREGORY POWERS sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff, GREGORY POWERS requests that this Court enter judgment against Defendant PADUCAH & LOUISVILLE RAILWAY, INC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

## COUNT IV

## P & L TRANSPORTATION, INC. - NEGLIGENCE

Plaintiff, GREGORY POWERS, by and through his attorneys, CLIFFORD LAW OFFICES, P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant P & L TRANSPORTATION, INC. (hereinafter "P & L TRANSPORTATION"), states as follows:

1.    On and before October 31, 2012, Defendant P & L TRANSPORTATION, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St. Clair County.

2.    On and before October 31, 2012, Defendant P & L TRANSPORTATION, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.    At all times relevant hereto, Plaintiff GREGORY POWERS was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.    At all times relevant hereto, Plaintiff GREGORY POWERS worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.    On October 29, 2012, one or more of the above-captioned defendants, through its

12

employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky. At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44. Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant P & L TRANSPORTATION, by and through its agents and/or employees, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.    On and before October 31, 2012, Defendant P & L TRANSPORTATION, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to exercise due care, and to provide him a safe place to work.

11.    On October 31, 2012, Defendant P & L TRANSPORTATION, through its employees and/or agents, declared that the RJ Corman Railroad Group crew, including Plaintiff GREGORY POWERS, could safely begin activities at the derailment including hot work.

12.    On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P &

L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

13.　　On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff GREGORY POWERS.

14.　　On October 31, 2012, Defendant P & L TRANSPORTATION, through its employee and/or agents, was negligent in one or more of the following ways:

　　a.　Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

　　b.　Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

　　c.　Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in an area that was not fire safe;

　　d.　Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff GREGORY POWERS;

　　e.　Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

　　f.　Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

　　g.　Failed to designate a competent person to determine that the work area was gas-free;

　　h.　Failed to designate a competent permit authorizing individual to approve hot work operations;

　　I.　Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

14

j.      Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.      Failed to ensure the scene was fire safe before authorizing hot work;

l.      Directed hot work to be performed in the presence of explosive atmospheres;

m.      Failed to take necessary precautions to prevent injury to Plaintiff GREGORY POWERS.

n.      Failed to warn Plaintiff GREGORY POWERS of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.      Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.      Was otherwise careless and negligent.

15.   As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

P & L TRANSPORTATION, Plaintiff GREGORY POWERS sustained injuries of a permanent,

personal, and pecuniary nature.

WHEREFORE Plaintiff GREGORY POWERS requests that this Court enter judgment

against Defendant P & L TRANSPORTATION, INC., for an amount in excess of FIFTY

THOUSAND DOLLARS ($50,000).

## COUNT V

### FOUR RIVERS TRANSPORTATION, INC. - NEGLIGENCE

Plaintiff GREGORY POWERS, by and through his attorneys, CLIFFORD LAW OFFICES,

P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant FOUR RIVERS

TRANSPORTATION, INC. (hereinafter "FOUR RIVERS "), states as follows:

1.   On and before October 31, 2012, Defendant FOUR RIVERS, by itself and/or through

15

its affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St. Clair County.

2.     On and before October 31, 2012, Defendant FOUR RIVERS, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.     At all times relevant hereto, Plaintiff GREGORY POWERS was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff GREGORY POWERS worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant FOUR RIVERS, by and through its agents and/or employees, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

16

9.      On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS,

Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION

contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.     On and before October 31, 2012, Defendant FOUR RIVERS, by and through its

employees and/or actual/apparent agents, owed a duty to Plaintiff GREGORY POWERS to exercise

due care, and to provide him a safe place to work.

11.     On October 31, 2012, Defendant FOUR RIVERS, through its employees and/or

agents, declared that the RJ Corman Railroad Group crew, including Plaintiff GREGORY

POWERS, could safely begin activities at the derailment including hot work.

12.     On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P &

L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their

employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that

were leaking butadiene by using an acetylene cutting torch.

13.     On October 31, 2012, an explosion occurred when the acetylene torch was lit,

severely injuring Plaintiff GREGORY POWERS.

14.     On October 31, 2012, Defendant FOUR RIVERS, through its employee and/or agents,

was negligent in one or more of the following ways:

> a.      Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. §
> 1910.252(a)(2)(iv) and NFPA 51B;
>
> b.      Instructed the RJ Corman Railroad Group crew to use the acetylene cutting
> torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;
>
> c.      Instructed the RJ Corman Railroad Group crew to use the acetylene cutting
> torch in an area that was not fire safe;

17

d.    Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff GREGORY POWERS;

e.    Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.    Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.    Failed to designate a competent person to determine that the work area was gas-free;

h.    Failed to designate a competent permit authorizing individual to approve hot work operations;

I.    Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.    Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.    Failed to ensure the scene was fire safe before authorizing hot work;

l.    Directed hot work to be performed in the presence of explosive atmospheres;

m.    Failed to take necessary precautions to prevent injury to Plaintiff GREGORY POWERS;

n.    Failed to warn Plaintiff GREGORY POWERS of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.    Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.    Was otherwise careless and negligent.

15.    As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

FOUR RIVERS, Plaintiff GREGORY POWERS sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff GREGORY POWERS requests that this Court enter judgment against Defendant FOUR RIVERS TRANSPORTATION, INC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

Respectfully submitted,

Attorneys for Plaintiff
Robert A. Clifford
Kevin P. Durkin
Colin H. Dunn
Clifford Law Offices
120 N. LaSalle - 31st Floor
Chicago, IL 60602
(312) 899-9090

Attorneys for Plaintiff
Brad L. Badgley
Brad L. Badgley, P.C.
26 Public Square
Belleville, IL 62220
(618) 235-1000

19

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION**

GREGORY POWERS,                          )
                                         )
        Plaintiff,                    )
                                         )
vs.                                      )
                                         )    No. 13 L 98
CSX TRANSPORTATION, INC.,                )
THE CENTER FOR TOXICOLOGY AND            )
ENVIRONMENTAL HEALTH, L.L.C.,            )
PADUCAH & LOUISVILLE RAILWAY,            )
INC., P & L TRANSPORTATION, INC., and    )
FOUR RIVERS TRANSPORTATION, INC.,        )    *Plaintiff demands a trial by jury.*
                                         )
        Defendants.                   )

FILED
ST. CLAIR COUNTY
FEB 20 2013
CIRCUIT CLERK

## **JURY DEMAND**

Plaintiff, GREGORY POWERS, demands  trial by a twelve person jury.

Attorneys for Plaintiff

CLIFFORD LAW OFFICES, P.C.
Attorneys for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090

**ST CLAIR COUNTY**
**TWENTIETH CIRCUIT COURT, KAHALAH A. DIXON**

**RECEIPT #: C   000322242**
**RECEIVED OF:** BADGLEY BRAD
   **PART. ID:** 243
  **BY CLERK:** gt
   **CHECKS:** A   129570

**DATE:** 02-20-2013

**TIME:** 08:58:43
**MEMO:**

$458.50

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| 13-L-0090<br>POWERS VS CSX TRANSPORTATION<br>PARTY: BADGLEY BRAD | 2023 | PMT:CFIL COMPLAINT FILING FEE | | $246.00 |
| 13-L-0090<br>POWERS VS CSX TRANSPORTATION<br>PARTY: BADGLEY BRAD | 2031 | PMT:CJUR12 12 PERSON JURY FEE | | $212.50 |
| | | **TOTAL RECEIPT...** | | $458.50 |

\*   CHECK/CHEQUE IS CONDITIONAL PAYMENT
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number 13-L- 90 |
|---|---|
| | Amount Claimed in excess of $50,000.00 |

**1.**

GREGORY POWERS

**VS**

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation Inc.

Plaintiff(s)　　　　　　　　　　　　　Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix __L__ Code __02__ Nature of Action __LAW__ Code __1__

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

**2.** Pltf. Atty. **Brad L. Badgley** Code 0009031
Address **26 Public Square**
City **Belleville, IL 62220** Phone **618-235-1000**
Add. Pltf. Atty. **Clifford Law Offices, P.C.** Code

Is Personal Injury Involved
☒ Yes ☐ No
Does Pltf. Demand A Jury Trial
☒ Yes ☐ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

NAME **P & L Transportation, Inc.**
**Lloyd H. Kenney**

ADDRESS **10322 161st Street West**

CITY & STATE **Taylor Ridge, IL 61284**

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS        Complete This Section For Small Claims

Please Set This Case For _____ Court Location _____ at _____ M. On _____ 20 __

**5.**

A. Is an insurance carrier involved? ☐ Yes ☐ No

B. If yes please give company name: _____

**6.**

A. Is there a minor involved? ☐ Yes ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary ☐ Yes ☐ No

FILED
ST. CLAIR COUNTY
FEB 20 2013
CIRCUIT CLERK

SEE REVERSE FOR
CASE CLASSIFICATIONS AND CODES

CC-MR-1

| | |
|---|---|
| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1, 2, 3, 5, &6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number 13-L- 90 |
| | Amount Claimed in excess of $50,000.00 |

**1.**

GREGORY POWERS

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.

vs

Plaintiff(s)      Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix __L__ Code __02__ Nature of Action __LAW__ Code __1__

**2.** Pltf. Atty. Brad L. Badgley Code 0009013
Address 26 Public Square
City Belleville, IL 62220 Phone 618-235-1000
Add. Pltf. Atty. Clifford Law Offices code p.c.
Is Personal Injury Involved
☒ Yes ☐ No
Does Pltf. Demand A Jury Trial
☒ Yes ☐ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
**3.** NAME Four Rivers Transportation, Inc
ADDRESS Nemours Building – Suite 1414 1007 Orange Street
CITY & STATE Wilmington, Delaware 19807

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims

Please Set This Case For _____ at _____ M. On _____ 20 __
Court Location

**5.**

A. Is an insurance carrier involved? ☐ Yes ☐ No

B. If yes please give company name: _____

**6.**

A. Is there a minor involved? ☐ Yes ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary ☐ Yes ☐ No

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK

SEE REVERSE FOR
CASE CLASSIFICATIONS AND CODES

CC-MR-1

**MASTER RECORD SHEET**
**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1, 2, 3, 5, & 6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number 13-L- 90 |
|---|---|
| | Amount Claimed in excess of $50,000.00 |

**1.**

GREGORY POWERS

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc, P & L Transportation, Inc., and Four Rivers Transportation, VS Inc.

Plaintiff(s)     Defendant(s)

**(SEE REVERSE FOR CLASSIFICATIONS AND CODES)**

Classification Prefix __L__ Code __02__ Nature of Action __LAW__ Code __1__

**2.** Pltf. Atty. Brad L. Badgley Code 0009011
Address 26 Public Square
City Belleville, IL 62220 Phone 618-235-1000
Add. Pltf. Atty. Clifford Law Offices, P.C.
Is Personal Injury Involved
   ☒ Yes    ☐ No
Does Pltf. Demand A Jury Trial
   ☒ Yes    ☐ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
TO. NAME Paducah & Louisville Railway, Inc.
Rick Management
ADDRESS 200 Clark Street

CITY & STATE Paducah, KY 42003

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims
Please Set This Case For _____ Court Location _____ at _____ M. On _____ 20 __

**5.**
A. Is an insurance carrier involved?   ☐ Yes   ☐ No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?   ☐ Yes   ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary   ☐ Yes   ☐ No

```
FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK
```

SEE REVERSE FOR
CASE CLASSIFICATIONS AND CODES

CC-MR-1

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 | Case Number _____ 13-L- 90 |
|---|---|
| Complete 4 if Small Claims Case.<br>Sections 3, 5 & 6 For Office Use Only. | Amount Claimed __in excess of $50,000.00__ |

**1.**

GREGORY POWERS

**VS**

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation Inc., and Four Rivers Transportation Inc.

Plaintiff(s)        Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____ L _____ Code __ 02 __ Nature of Action ___ LAW ___ Code _1_

**2.** Pltf. Atty. _Brad L. Badgley_ Code _00090131_
Address __26 Public Square__
City _Belleville, IL 62220_ Phone _618-235_-1000
Add. Pltf. Atty. _Clifford Law Offices, P.C._

Is Personal Injury Involved
[X] Yes    [ ] No

Does Pltf. Demand A Jury Trial
[X] Yes    [ ] No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME   The Center for Toxicology and Environmental Health, LLC Risk Management

ADDRESS    5120 North Shore Drive

CITY & STATE    North Little Rock., AR 72118

**4.** [ ] CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims

Please Set This Case For _____ Court Location _____ at _____ M. On _____ 20 __

**5.**
A. Is an insurance carrier involved?   [ ] Yes   [ ] No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?   [ ] Yes   [ ] No

B. If yes, will the appointment of a guardian Ad Litem be necessary   [ ] Yes   [ ] No

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK

SEE REVERSE FOR
CASE CLASSIFICATIONS AND CODES

CC-MR-1

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number __13-L- 90__ |
|---|---|
| | Amount Claimed __in excess of $50,000.00__ |

**1.**

GREGORY POWERS

vs

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.

**Plaintiff(s)** **Defendant(s)**

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix ____L____ Code __02__ Nature of Action ____LAW____ Code __1__

**2.** Pltf. Atty. __Brad L. Badgley__ Code __0009013__

Address __26 Public Square__

City __Belleville, IL  62220__ Phone __618-235-1000__

Add. Pltf. Atty. __Clifford Law Offices, P.C.__ Code ____

Is Personal Injury Involved

[X] Yes   [ ] No

Does Pltf. Demand A Jury Trial

[X] Yes   [ ] No

(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**3.** TO THE SHERIFF: SERVE THIS DEFENDANT AT:

NAME __CSX Transportation, Inc.__

Risk Management/Corporate Creations

ADDRESS __1443 W. Belmont Ave. #C__

CITY & STATE __Chicago, IL   60657__

**4.** [ ] CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims

Please Set This Case For _____ at _____ M. On _____ 20 ___

Court Location

**5.**

A. Is an insurance carrier involved?   [ ] Yes   [ ] No

B. If yes please give company name: _____

**6.**

A. Is there a minor involved?   [ ] Yes   [ ] No

B. If yes, will the appointment of a guardian Ad Litem be necessary   [ ] Yes   [ ] No

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK

SEE REVERSE FOR
CASE CLASSIFICATIONS AND CODES

CC-MR-1

**ST CLAIR COUNTY**
**TWENTIETH CIRCUIT COURT, KAHALAH A. DIXON**

Printer Error

**DUPLICATE RECEIPT: 02-26-2013**

RECEIPT #: C  000322651          DATE: 02-26-2013          **TIME:** 11:35:22
RECEIVED OF: SMITH NAN                                    **MEMO:** 13L90
PART. ID: 815989                                                POWERS VS CSX TRANS
BY CLERK: gt
CHECKS:                              $0.00

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $16.25 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------|---------|--------|
| | 2021   PMT:CCOPY COPIES | | | $16.25 |

TOTAL RECEIPT...          $16.25

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number _____ 13 L90

Amount Claimed __ Over $50,000.00

| | |
|---|---|
| Gregory Powers | CSX Transportation, Inc., The Center for |
| | Toxicology and Environmental Health, LLC, |
| | Paducah & Louisville Railway, Inc., P & L |
| **VS** Alias | Transportation, Inc., and Four Rivers |
| | Transportation, Inc. |
| **Plaintiff(s)** | **Defendant(s)** |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Clifford Law Offices, P.C.   Code _____
Address 120 N. LaSalle Street, Suite 3100
City Chicago, IL 60602   Phone 312-899-
Add. Pltf. Atty. Brad Badgley   Code _____

NAME P & L Transportation, Inc.

Neimours Building, Suite 1414

ADDRESS 1007 Orange Street

### SUMMONS COPY

To the above named defendant(s)......:

CITY & STATE Wilmington, DE 19801

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may
be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this
summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you
for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If service
cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 2-27 ___ 20 13

KAHALAH A. CLAY
CIRCUIT CLERK
Clerk of Court

## SEAL

BY DEPUTY: _____

DATE OF SERVICE: _____ 20___
(To be inserted by officer on copy left with defendant
or other person)



I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):

By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):

By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES | |
|---|---|
| Service and return _____ $ | |
| Miles _____ ..........$_____ | |
| Total ......................$_____ | |
| | |
| Sheriff of _____ County | |

_____, Sheriff of _____County

_____, Deputy

# CLIFFORD LAW OFFICES

 Michael S. Krzak

February 26, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: MSK@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

**_VIA FEDERAL EXPRESS_**

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220

13L90



FILED
ST. CLAIR COUNTY

FEB 2 7 2013

28        _Michelle a. Clay_
CIRCUIT CLERK

   **RE:   Powers v. CSX Transportation, Inc., et al**
   **Court No.: 13 I 90**
   **Our File No: 13-0005B**

To whom it may concern:

   Enclosed please find a First Alias Summons plus copies and a check in the amount of $5.00.  Please file stamp the First Alias Summons and return the file-stamped copies to me.  For your convenience, I have also enclosed a Federal Express return envelope.  Should you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              Colin H. Dunn

CHD/jmg
Enclosures

**ST CLAIR COUNTY**
**TWENTIETH CIRCUIT COURT, KAHALAH A. DIXON**

**RECEIPT #: C   000322724**          **DATE: 02-27-2013**          **TIME: 11:46:05**
**RECEIVED OF: BADGLEY BRAD**                                        **MEMO:**
   **PART. ID: 243**
   **BY CLERK: gt**
   **CHECKS: A   156062**                 $5.00
            **A   156063**                 $5.00

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| 13-L-0090<br>POWERS VS CSX TRANSPORTATION<br>PARTY: BADGLEY BRAD | 2010 | PMT:CALSUM ALIAS SUMMONS | | $5.00 |
| 13-L-0091<br>CARRILLO VS CSX TRANSPORTATION<br>PARTY: BADGLEY BRAD | 2010 | PMT:CALSUM ALIAS SUMMONS | | $5.00 |
| | | TOTAL RECEIPT... | | $10.00 |

* CHECK/CHEQUE IS CONDITIONAL PAYMENT
* PENDING RECEIPT OF FUNDS FROM BANK. *

# CLIFFORD LAW OFFICES



Colin H. Dunn

March 4, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

**_VIA FEDERAL EXPRESS_**

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: CHD@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220

FILED
ST. CLAIR COUNTY

MAR 0 5 2013

15

CIRCUIT CLERK

> **RE:** **Powers v. CSX Transportation, Inc., et al**
> **Court No.: 13 l 90**
> **Our File No: 13-0005B**

To whom it may concern:

Enclosed please find a Notice of Filing and Proof of Service on Defendant Paducah & Louisville Railway, Inc. plus copies. Please file-stamp same and return the file-stamped copies to me in the enclosed Federal Express envelope. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Colin H. Dunn

CHD/jmg
Enclosures

# CLIFFORD LAW OFFICES

 Colin H. Dunn

March 4, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

## VIA FEDERAL EXPRESS

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: CHD@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220

      **RE:**    **Carrillo v. CSX Transportation, Inc., et al**
              **Court No.: 13 l 90**
              **Our File No: 13-0005A**

To whom it may concern:

      Enclosed please find a Notice of Filing and Proof of Service on Defendant Paducah & Louisville Railway, Inc. plus copies. Please file-stamp same and return the file-stamped copies to me in the enclosed Federal Express envelope. Should you have any questions, please do not hesitate to contact me.

              Very truly yours,

              Colin H. Dunn

CHD/jmg
Enclosures

```
        FILED
   ST. CLAIR COUNTY

     MAR 0 5 2013

            CIRCUIT CLERK
15
```

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION

GREGORY POWERS,     )
             )
    Plaintiff,     )
             )
vs.           )
             )  No. 13 L 90
CSX TRANSPORTATION, INC.,  )
THE CENTER FOR TOXICOLOGY AND )
ENVIRONMENTAL HEALTH, L.L.C., )
PADUCAH & LOUISVILLE RAILWAY, )
INC., P & L TRANSPORTATION, INC., and )
FOUR RIVERS TRANSPORTATION, INC., )
             )
    Defendants.   )

```
            FILED
        ST. CLAIR COUNTY

        MAR 0 5 2013

    15        CIRCUIT CLERK
```

### NOTICE OF FILING

**TO:** There are no attorneys of record.

  PLEASE TAKE NOTICE that on the 4th day of March, 2013, we mailed to be filed with the Clerk of the Circuit Court of St. Clair County: *Proof of Service on Defendant Paducah & Louisville Railway, Inc.* a copy of which is attached and served upon you.

              CLIFFORD LAW OFFICES, P.C.
              120 North LaSalle Street, Suite 3100
              Chicago, Illinois 60602
              312/899-9090

### AFFIDAVIT OF SERVICE

  The undersigned, after being first duly sworn, deposes and says that she served this notice, together with a copy of the document therein referred by mailing a copy to all attorneys to whom this notice is directed, at their respective addresses, in the U.S. mail at 120 North LaSalle Street, Chicago, Illinois at 5:00 p.m. on the 4th day of March, 2013.

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

S.S

Case Number 13-L-10

Amount Claimed __in excess of $50,000.00__

GREG . POWERS

CSX Transportation, Inc., The Center
for Toxicology and Environmental
Health, LLC, Paducah & Louisville
Railway, Inc, P & L Transportation,
Inc., and Four Rivers Transportation,
VS Inc.

RECEIVED

FEB 25 2013

McCRACKEN CO.
SHERIFF'S DEPT.

Plaintiff(s)                                                    Defendant(s)

Classification Prefix ____L.____ Code __02__ Nature of Action ____LAW____ Code __1__

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. __Brad L. Badgley__ Code __00090131__ NAME  Paducah & Louisville Railway,
Address __26 Public Square__                    Inc.  RISC
City __Belleville, Il. 62220__ Phone __618-235-1000__ Risk Management
Add. Pltf. Atty. __Clifford Law Offices, P.C.__ ADDRESS  200 Clark Street

X           SUMMONS
To the above named defendant(s)......:        CITY & STATE  Paducah, KY  42003
  X

☐ A. You are hereby summoned and required to appear before this court at
(court location)_____ at _____ M. On_____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by
default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appear-
ance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day
of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in
the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If
service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS,_____ 2-20 __ 20 13 __

__Hanalah Clay__
Clerk of Court

SEAL

BY DEPUTY:_____ 73

DATE OF SERVICE: 25  FEB , 20 13
(To be inserted by officer on copy left with defendant
or other person)

CC-MR-1

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

Name of defendant

Date of service

_____     _____

_____     _____

_____     _____

_____     _____

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

*FILED ST. CLAIR COUNTY MAR 0 5 2013 CIRCUIT CLERK*

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| P & L RAILWAY | Tom GARRETT | 2/25/13 |
| | | |

(d) - (Other service):

_____     _____     _____

| SHERIFF'S FEES |
|---|
| Service and return ............ $ |
| Miles_____ |
| Total. . . . . . . . . . . . . . . . . $ |
| |
| Sheriff of _____ County |

_____, Sheriff of MCCRACKEN County

13

_____, Deputy

# CLIFFORD LAW OFFICES

 Colin H. Dunn

March 6, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: CHD@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

**_VIA FEDERAL EXPRESS_**

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220



FILED
ST. CLAIR COUNTY

MAR 7 2013

_Kahleah a. Cleg_
CIRCUIT CLERK

28

> **RE:** **Powers v. CSX Transportation, Inc., et al**
> **Court No.: 13 L 90**
> **Our File No: 13-0005B**

To whom it may concern:

Enclosed please find a Notice of Filing and Proof of Service on Defendant CSX Transportation, Inc. plus copies. Please file-stamp same and return the file-stamped copies to me in the enclosed Federal Express envelope. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Colin H. Dunn

CHD/jmg
Enclosures

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION**

GREGORY POWERS,                                )
                                               )
                    Plaintiff,                 )
                                               )
            vs.                                )
                                               )       No.  13 L 90
CSX TRANSPORTATION, INC.,                      )
THE CENTER FOR TOXICOLOGY AND                  )
ENVIRONMENTAL HEALTH, L.L.C.,                  )
PADUCAH & LOUISVILLE RAILWAY,                  )
INC., P & L TRANSPORTATION, INC., and          )
FOUR RIVERS TRANSPORTATION, INC.,              )
                                               )
                    Defendants.                )

**NOTICE OF FILING**

> FILED
> ST. CLAIR COUNTY
>
> MAR 7 2013
>
> 28                    CIRCUIT CLERK

**TO:**    There are no attorneys of record.

PLEASE TAKE NOTICE that on the 6th day of March, 2013, we mailed to be filed with the Clerk of the Circuit Court of St. Clair County: *Proof of Service on Defendant CSX Transportation, Inc.* a copy of which is attached and served upon you.

CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
312/899-9090

**AFFIDAVIT OF SERVICE**

The undersigned, after being first duly sworn, deposes and says that she served this notice, together with a copy of the document therein referred by mailing a copy to all attorneys to whom this notice is directed, at their respective addresses, in the U.S. mail at 120 North LaSalle Street, Chicago, Illinois at 5:00 p.m. on the 6th day of March, 2013.

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

# SHERIFF'S OFFICE OF COOK COUNTY ILLINOIS

## AFFIDAVIT OF SERVICE

* 0 0 9 7 4 1 7 8 *

CASE NUMBER: 13L90

MULT.SER. 1

DOC. TYPE: SUMMONS

DIST 657 SK

DIE DATE: 03/08/2013    RECEIVED DATE: 2/22/2013    FILED DATE: 02/20/2013

**DEFENDANT**

CSX TRANSPORTATION, INC.

1443 W BELMONT AVE

CHICAGO, IL 60657

#C

**PLAINTIFF**

POWERS, GREGORY

**ATTORNEY**

BRAD L. BADGLEY

26  PUBLIC SQUARE

BELLEVILLE, IL 62220

(618) 235-1000

FILED
ST. CLAIR COUNTY
MAR 7 2013
CIRCUIT CLERK

28

**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**    RISK MANAGEMENT/CORPORATE CREATIONS

I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

____ **(1) PERSONAL SERVICE:**

BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:**

BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____.

____ **(3) UNKNOWN OCCUPANTS:**

BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_X_ **(4) CORP/CO/BUS/PART:**

BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION _X_ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:**

NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:**

BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

____ **(8)**    AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ____ (01) NO CONTACT | ____ (05) WRONG ADDRESS | ____ (09) DECEASED |
| ____ (02) MOVED | ____ (06) NO SUCH ADDRESSS | ____ (10) NO REGISTERED AGENT |
| ____ (03) EMPTY LOT | ____ (07) EMPLOYER REFUSAL | ____ (11) OUT OF COOK COUNTY |
| ____ (04) NOT LISTED | ____ (08) CANCELLED BY PLAINTIFF ATTY | ____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____

WRIT SERVED ON: ___TRENT DAVARO___

SEX: M / F    RACE: W    AGE: 35

THIS ___26___ DAY OF ___FEB___, 20_13_

Thomas J. Dart

SHERIFF, BY: _____, DEPUTY    10008

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR # |
| 26 FEB | 1 : 45 | 10008 |
| | : | |
| | : | |
| | : | |
| | : | |

LJO385

State of Illinois )
County of St. Clair )

**FOREIGN**

Case Number _____ 13-L- 90

Amount Claimed _____ in excess of $_____

GREGORY POWERS

**RECEIVED**

MAR - 5 2013

CLIFFORD LAW OFFICES
FILED _130005__
ATT. _____

CHD

Plaintiff(s)

vs

CSX Transportation, Inc., The ___
for Toxicology and Environmen___
Health, LLC, Paducah & Louisv___
Railway, Inc., P & L Transpor___
Inc., and Four Rivers Transportation,
Inc.

**DOCKETED**

MAR - 5 2013

Defendant(s)

Classification Prefix _____ L _____ Code _____ 02 _____ Nature CLIFFORD LAW OFFICES _____ LAW _____ Code _____ 1

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. **Brad L. Badgley** _____ Code **00090131** NAME **CSX Transportation, Inc.**
Address **26 Public Square** _____ **Risk Management/Corporate**
City **Belleville, IL  62220** Phone **618-235-1000** **Creations**
Add. Pltf. Atty. **Clifford Law Offices, P.C.** ADDRESS **1443 W. Belmont Ave. #C**

X                    **SUMMONS**
To the above named defendant(s). . . . . . :          CITY & STATE **Chicago, IL  60657**
X

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by
default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appear-
ance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day
of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in
the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If
service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 2-20 20 13

_____
Clerk of Court

**SEAL**

BY DEPUTY: _____

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant
or other person.)

CC-MR-1

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____$ |
| Miles_____.......... _____ |
| Total........................$_____ |
| |
| Sheriff of _____County |

_____, Sheriff of _____County

_____, Deputy

State of Illinois )
County of St. Clair )

Case Number **13-L- 90**

Amount Claimed **in excess of $50,000.00**

GREGORY POWERS

VS

**CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.**

Plaintiff(s)

Defendant(s)

Classification Prefix **L** Code **02** Nature of Action **LAW** Code **1**

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. **Brad L. Badgley** Code **00090131**
Address **26 Public Square**
City **Belleville, IL 62220** Phone **618-235-1000**
Add. Pltf. Atty. **Clifford Law Offices, P.C.**

NAME **CSX Transportation, Inc.**
**Risk Management/Corporate Creations**

ADDRESS **1443 W. Belmont Ave. #C**

X
SUMMONS COPY
To the above named defendant(s)......:
X

CITY & STATE **Chicago, IL 60657**

[ ] A. You are hereby summoned and required to appear before this court at

(court location)_____ at _____ M. On _____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by
default may be taken against you for the relief asked in the complaint.

[X] B. You are hereby summoned and required to file an answer in this case or otherwise file your appear-
ance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day
of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in
the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If
service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, **2-20** 20 **13**

_Nuhalah Clay_
Clerk of Court

**SEAL**

BY DEPUTY:_____

DATE OF SERVICE:_____, 20 ___
(To be inserted by officer on copy left with defendant
or other person)

**NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $15,000- - -SEE REVERSE SIDE**

CC-M

# CLIFFORD LAW OFFICES

 Colin H. Dunn

March 8, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: CHD@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

***VIA FEDERAL EXPRESS***

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220



FILED
ST CLAIR COUNTY

MAR 1 1 2013

CIRCUIT CLERK

**RE:  Powers v. CSX Transportation, Inc., et al**
**Court No.: 13 I 90**
**Our File No: 13-0005B**

To whom it may concern:

Enclosed please find a Notice of Filing and Proof of Service on Defendant Four Rivers Transportation, Inc. plus copies. Please file-stamp same and return the file-stamped copies to me in the enclosed Federal Express envelope. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Colin H. Dunn

CHD/jmg
Enclosures

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION

GREGORY POWERS,                                )
                                               )
                    Plaintiff,                 )
                                               )
        vs.                                    )
                                               )       No.  13 L 90
CSX TRANSPORTATION, INC.,                      )
THE CENTER FOR TOXICOLOGY AND                  )
ENVIRONMENTAL HEALTH, L.L.C.,                  )
PADUCAH & LOUISVILLE RAILWAY,                  )
INC., P & L TRANSPORTATION, INC., and          )
FOUR RIVERS TRANSPORTATION, INC.,              )
                                               )
                    Defendants.                )

FILED
ST. CLAIR COUNTY

MAR 1 1 2013

### NOTICE OF FILING

**TO:**    There are no attorneys of record.

        PLEASE TAKE NOTICE that on the 8th day of March, 2013, we mailed to be filed with the Clerk of the Circuit Court of St. Clair County: *Proof of Service on Defendant Four Rivers Transportation, Inc.* a copy of which is attached and served upon you.

                        CLIFFORD LAW OFFICES, P.C.
                        120 North LaSalle Street, Suite 3100
                        Chicago, Illinois 60602
                        312/899-9090

### AFFIDAVIT OF SERVICE

        The undersigned, after being first duly sworn, deposes and says that she served this notice, together with a copy of the document therein referred by mailing a copy to all attorneys to whom this notice is directed, at their respective addresses, in the U.S. mail at 120 North LaSalle Street, Chicago, Illinois at 5:00 p.m. on the 8th day of March, 2013.

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

3/5/2013

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                 ) SS
NEW CASTLE COUNTY)

**Court Case # 13-L-90**

### GREGORY POWERS
vs
### FOUR RIVERS TRANSPORTATION, INC.

FILED
ST. CLAIR COUNTY

MAR 1 1 2013

Deane Cressman, being duly sworn, deposes that he/she is a Deputy Sheriff and avers
that he/she served upon and left personally upon Registered Agent Representative
**JEAN WAGNER** at **NEMOURS BUILDING 1007 ORANGE STREET SUITE 1414
WILMINGTON, DE 19801** on 3/4/2013 at 12:06 PM a copy of SUMMONS AND
COMPLAINT for **FOUR RIVERS TRANSPORTATION, INC.**

The Deponent further avers that he/she knew the person so served to be the same person
as mentioned in the Out of State document.

**Sheriff # 13-002164**

**Deane Cressman**
**DEPUTY SHERIFF**
**NEW CASTLE COUNTY**

STATE OF DELAWARE)
                 ) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 3/5/2013 personally came before me, the
Subscriber, a Notary Public of the State of Delaware, Deane Cressman, a Deputy Sheriff
of New Castle County and State of Delaware, and stated that the facts stated above are
true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

Notary Public

LINDA JANE KAIN
COMMISSION
EXPIRES
APRIL 20, 2015
NOTARY PUBLIC
STATE OF DELAWARE

Case Number ___ **13-L- 90** ___

Amount Claimed ___ **in excess of $50,000.00** ___

| | |
|---|---|
| **GREGORY POWERS** | **CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, VS Inc.** |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ **L** _____ Code _____ **02** _____ Nature of Action _____ **LAW** _____ Code _____ **1** _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. **Brad L. Badgley** _____ Code **00090131** NAME **Four Rivers Transportation, Inc**
Address ___ **26 Public Square** ___
City **Belleville, IL    62220** Phone **618-235-1000**
Add. Pltf. Atty. **Clifford Law Offices, p.c.**     ADDRESS **Nemours Building   Suite 1414**
                                                                                **1007 Orange Street**

**X**                           **SUMMONS**
To the above named defendant(s). . . . . . :     CITY & STATE **Wilmington, Delaware**
**X**                                                                                **19807**

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 ____
to answer the complaint in this case, a copy of which is hereto attached.  If you fail to do so, a judgment by
default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appear-
ance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day
of service.  If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in
the complaint.

TO THE OFFICER:
        This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service.  In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance.  If
service cannot be made, this summons shall be returned so indorsed.

        This summons may not be served later than 30 days after its date.

WITNESS, _____ **2-20** 20 **19**

**S E A L**                    _____
                                         Clerk of Court

                                         BY DEPUTY: _____

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant
or other person)

CC-MR-1

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

Name of defendant                                          Date of service

_____            _____

_____            _____

_____            _____

_____            _____

(b) - (Individual defendants - abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles_____ . . . . . . . . . . .  _____ |
| Total. . . . . . . . . . . . . . . . . . . . . . . . $_____ |
| _____ |
| Sheriff of _____County |

_____, Sheriff of _____County

_____, Deputy